UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ENRIQUE MARENCO,<br><br>Plaintiff,<br><br>v.<br><br>MERCY HOUSING APARTMENTS,<br><br>Defendant. | Case No. 18-cv-05981-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On September 28, 2018, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge William H. Orrick to determine whether it is related to *Marenco v. Mercy Housing* et al, 18-cv-03599-WHO.

**IT IS SO ORDERED.**

Dated: October 1, 2018

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ENRIQUE MARENCO,<br><br>    Plaintiff,<br><br>v.<br><br>MERCY HOUSING APARTMENTS,<br><br>    Defendant. | Case No. 4:18-cv-05981-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto Enrique Marenco
1180 4th st. Apt.527
San Francisco, CA 94158

Dated: October 1, 2018

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Ivy Lerma Garcia, Deputy Clerk to the
                                                Honorable DONNA M. RYU